FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

JUN 05 2008

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:08CR211 |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| LAMONTE BERTUCCI, JR., | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on Defendant's oral Motion for reimbursement for mileage from Macy, Nebraska to Omaha, Nebraska to Dawn Marie Baxter to attend court on June 5, 2008. Defendant is indigent and is in need of noncustodial transportation and the Court finds said motion should be granted.

ACCORDINGLY, IT IS SO ORDERED:

1. The Defendant's motion is granted, and;

2. That the U.S. Marshal shall provide reimbursement for mileage from Macy, Nebraska to Omaha, Nebraska to Dawn Marie Baxter for June 5, 2008.

DATED this 5 day of June, 2008.

BY THE COURT:

_____
HON. F. A. GOSSETT
United States Magistrate Judge