```
                                              FILED
                                         US DISTRICT COURT
                                         DISTRICT OF NEBRASKA
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEBRASKA       JUN 02 2008
```

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | OFFICE OF THE CLERK |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| Vs. | ) | Case No. 8:08CR211 |
|  | ) |  |
| Lamonte Bertucci, Jr. | ) |  |
| DOB: 07/26/89 | ) |  |
| Defendant, | ) |  |

Comes now TODD M. BEACOM, a United States Pretrial Services Officer, hereby requests an order of the court regarding the release of the juvenile records maintained by the **Juvenile Court for the Omaha Nation Tribal Court**, for Lamonte Bertucci whose date of birth is July 26, 1989. Said records are necessary to inform the court of the juvenile's history and are necessary to the Federal Prosecution of Lamonte Bertucci pursuant to 18 USC 5031 et seq.

Todd M. Beacom
Pretrial Services Officer

IT IS HEREBY ORDERED that the records of the juvenile Lamonte Bertucci, be released to the United States Pretrial Services Agency for the District of Nebraska. These records should include: the criminal history and any of the following - the medical, psychological, psychiatric and social welfare reports and the records of juvenile probation officers. These records shall be made available to the court and to Pretrial Services Officers and Probation Officers of the United States District Court for the District of Nebraska.

BY THE COURT:

Dated: June 2, 2008            U.S. Magistrate Judge
                                    F. A. Gossett